Opinion by Wilson, J. The record disclosed that the reduced rate of duty made applicable by the collector was on the assumption that the involved merchandise was withdrawn from warehouse on July 14, 1951. It appeared, however, that the merchandise was withdrawn from warehouse on August 14, 1951, at which time the proper rate of duty applicable to the merchandise in question was the rate claimed herein. On the record presented, the claim of the plaintiff was sustained.

No. 59740.—Fairfield Wool Co., Inc. v. United States, protests 176460–K and 227059–K (Bridgeport).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of wool flocks the same in all material respects as those the subject of Walker Services v. United States (24 Cust. Ct. 190, C. D. 1230), the claim of the plaintiff was sustained.

Before the Second Division, March 1, 1956

No. 59741.—L. E. McCullough & Co. a/c Manufacturers Supplies Co. v. United States, protest 239625–K (St. Louis).

Opinion by Lawrence, J. An examination of the record disclosing no reason for disturbing the action of the collector, the protest was overruled.

No. 59742.—Frederick M. Myers, Jr. v. United States, protest 242734–K (St. Albans).

Opinion by Lawrence, J. From an examination of the papers in the case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

No. 59743.—John S. Connor v. United States, protests 256001–K and 256002–K (Baltimore).

Opinion by Lawrence, J. From an examination of the papers in the case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protests were therefore overruled.

No. 59744.—G. L. Ramsey a/c Juvenile Mfg. Co., Inc. v. United States, protest 179463–K (Laredo).